

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00282-CV

GRAY WIRELINE SERVICE, INC., APPELLANT

V.

LARRY R. CAVANNA, DAVID GRAY, STEVE D. GRAY, KENNETH M. NESTER, SR., ISMAEL ALVAREZ, EXTREME WIRELINE TRUCKS & EQUIPMENT, LLC, ANDREW E. HUGHES, BRUCE R. BARNETT, AND CGN LEASING, LLC, APPELLEES

On Appeal from the 335th District Court
Burleson County, Texas
Trial Court No. 26,239, Honorable Carson T. Campbell, Jr., Presiding

October 8, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Gray Wireline Service, Inc. filed notice of appeal on June 9, 2014. The district clerk later notified us by letter that Gray Wireline had not paid or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of September 12, we directed Gray Wireline to make payment arrangements acceptable to the district clerk. Failure to do so by September 26, we further ordered, would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). Gray

Wireline has not made payment arrangements for the clerk's record. The appeal is therefore dismissed for want of prosecution, and because Gray Wireline has failed to comply with requirements of the appellate rules and this court's order. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

James T. Campbell
Justice